1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  ROWAN CROSBY BROOKS, JR., | )  Case No.: 1:15-cv-00930-JLT |
| 12              Petitioner, | )<br>)  ORDER DIRECTING CLERK OF COURT TO |
| | )  FILE PETITIONER'S MOTION FOR |
| 13        v. | )  CORRECTION OF FILING ERROR IN CASE NO. |
| 14  UNKNOWN, | )  1:14-cv-01095-LJO-SMS<br>) |
| 15              Respondent. | )  ORDER DIRECTING CLERK OF COURT TO |
| 16 | )  CLOSE THIS CASE<br>) |

17          The instant motion for correction of filing error was filed on June 8, 2015.  (Doc. 1).  Although

18  the body of the motion indicates that Petitioner seeks relief from orders issued in another of

19  Petitioner's cases, i.e., case no. 1:14-cv-01095-LJO-SMS, the Clerk of the Court opened a new case

20  and filed the instant motion in that new case.  Because the motion was clearly not intended to generate

21  a new case, Petitioner's motion should be transferred to case no. 1:14-cv-01095-LJO-SMS, and the

22  instant case should be closed.

23          Accordingly, the Court **ORDERS**:

24          1.      The Clerk of the Court is DIRECTED to file Petitioner's motion for correction of filing

25          error (Doc. 1), in case number 1:14-cv-01095-LJO-SMS; and,

26  ///

27  ///

28

                                              1

1     2.      The Clerk of the Court is DIRECTED to close case number 1:15-cv-00930-JLT.

IT IS SO ORDERED.

   Dated:   **June 24, 2015**                        **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE